Lynne WANG; et al., Plaintiffs—
Appellees,

v.

CHINESE DAILY NEWS, INC.,
Defendant—Appellant.

No. 04–80094, 05–80010.

United States Court of Appeals,
Ninth Circuit.

Aug. 5, 2005.

Jennifer Reisch, Esq., Peter Bibring, Pasadena, CA, for Plaintiffs-Appellees.

Marleen L. Sacks, Esq., Scott K. Dauscher, Atkinson, Andelson, Loya, Ruud & Romo, Cerritos, CA, for Defendant-Appellant. D.C. No. CV–04–01498–CBM.

Before: O'SCANNLAIN and CALLAHAN, Circuit Judges.

ORDER

The court, in its discretion, denies these consolidated petitions for permission to appeal the district court's November 23, 2004 and January 20, 2005 orders granting class action certification. *See* Fed.R.Civ.P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir.2005) (per curiam).